# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cheryl D. Doss,

  Plaintiff(s),

vs.

Hartford Life Insurance Company,

  Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv386

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2006 Order.

March 13, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk